IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:23-CR-000134-D9

| UNITED STATES OF AMERICA | ) | |
|---|---|---|
| v. | ) | **ORDER TO SEAL** |
| | ) | DOCKETT ENTRY 940 |
| | ) | |
| JONATHAN REID, | ) | |

On the motion of the Defendant, Jonathan Reid, and for good cause shown, it is ORDERED that Docket Entry 940 in this matter be sealed until further notice of this Court. The grounds for this Order are found at Docket Entry 940.

Accordingly, it is ORDERED that these documents be filed under seal and to remain so sealed until otherwise ordered by this Court.

SO ORDERED. This the __6__ day of March, 2025.

JAMES C. DEVER III
United States District Judge